IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Avi Koschitzki, | NO. C 09-03321 JW |
|       Plaintiff, | **ORDER DENYING MOTIONS AS MOOT** |
|   v. | |
| Apple Inc., et al., | |
|       Defendants. | |

Presently pending before the Court are Motions to Strike and to Dismiss (Docket Item Nos. 8, 11, 24, 40) previously filed in the Eastern District of New York prior to the case being transferred to this Court by the MDL Panel. In light of the transfer, Plaintiff's recent Statement Confirming Consent to Transfer of Actions for All Purposes,[1] and the Court's recent order setting deadline for a Consolidated Complaint,[2] the Court DENIES the pending Motions in this case as moot.

Dated: September 30, 2009

                                                JAMES WARE
                                                United States District Judge

---

[1] (See Docket Item No. 21 in M:09-02045 In Re: Apple iPhone 3G Products Liability Litigation.)

[2] (Id. at Docket Item No. 16.)

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew D. Muhlbach amuhlbach@mofo.com
Archis A. Parasharami aparasharami@mayerbrown.com
Heather A. Moser hmoser@mofo.com
Jamie A. Levitt Jlevitt@mofo.com
Joseph Russello jrussello@csgrr.com
Kathleen T. Sooy ksooy@crowell.com
Kevin Ranlett kranlett@mayerbrown.com
Lynn E. Parseghian lparseghian@crowell.com
Mark S. Reich mreich@csgrr.com
Penelope A. Preovolos Ppreovolos@mofo.com
Steven David Greenblatt sgreenblatt@crowell.com

**Dated: September 30, 2009**                **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California