**United States District Court**
For the Northern District of California

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| SAN FRANCISCO DIVISION | |

James Pittman, _____/

Haig P. Ashikian, et al., _____/

Peter Keller, _____/

William J. Gillis, Jr., _____/

Aaron Walters, _____/

Eulardi Tanseco, _____/

Jacob Medway, _____/

Jessica Alena Smith, et al., _____/

Timothy Ritchie, _____/

Onel Gonzales, et al., _____/

Avi Koschitzki, _____/

Alyce R. Payne, et al., _____/

        Plaintiffs,
  v.

Apple, Inc., et al.,

        Defendants. _____/

NO. C 08-05375 JW
NO. C 08-05810 JW
NO. C 09-00121 JW
NO. C 09-00122 JW
NO. C 09-00187 JW
NO. C 09-00275 JW
NO. C 09-00330 JW
NO. C 09-01028 JW
NO. C 09-03277 JW
NO. C 09-03278 JW
NO. C 09-03321 JW
NO. C 09-03353 JW

**ORDER CLOSING CASES**

On September 3, 2009, the parties in the above-captioned cases filed a Joint Motion to Consolidate, in which they contended that all of these cases should be consolidated for pre-trial purposes.[1] On September 22, 2009, the Court granted the parties' Joint Motion to Consolidate and consolidated all of the above-captioned cases into the case of In re Apple iPhone 3G Products Liability Litigation.[2]

Accordingly, pursuant to the Court's September 22 Order consolidating these cases into In re Apple iPhone 3G Products Liability Litigation, the Clerk of Court shall immediately close these cases.

Dated: March 26, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Joint Notice of Motion and Motion to Consolidate Related Actions for Pre-Trial Purposes and to Permit Filing of Consolidated Master Complaint; Memorandum of Points and Authorities in Support Thereof, Docket Item No. 5 in No. MDL 09-02045 JW.)

[2] (See Order Following Case Management Conference; Consolidating Cases for MDL Purposes; and Adopting Plaintiffs' Proposed Class Counsel Structure at 2, hereafter, "September 22 Order," Docket Item No. 16 in No. MDL 09-02045 JW.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan M. Mansfield alan@clgca.com
Alexis Alexander Phocas aap@classlitigation.com
Andrew David Muhlbach amuhlbach@mofo.com
Gordon M. Fauth gmf@classlitigation.com
Heather A. Moser hmoser@mofo.com
Penelope Athene Preovolos ppreovolos@mofo.com

**Dated:  March 26, 2012**                                            **Richard W. Wieking, Clerk**

                        **By:       /s/ JW Chambers**
                           **Susan Imbriani**
                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California